1  Richard Salkow, Esq. (SBN 204572)
   SALKOW LAW
2  11620 Wilshire Boulevard
3  Suite 900-012
   Los Angeles, CA 90025
4  Tel: (310) 914-8484
   Fax: (310) 914-0079
5
   Attorneys for Plaintiff(s), Michael Hernandez
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07cv1608 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MICHAEL HERNANDEZ,<br><br>            Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Michael Hernandez and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | |
|---|---|
| 1 | DATED: August 31, 2009   SALKOW LAW |
| 2 | |
| 3 | By: _____ |
|   | Richard Salkow |
| 4 | Attorneys for Plaintiff(s), Michael Hernandez |
| 5 | DATED: Oct. 22, 2009   DLA PIPER LLP (US) |

```
1    DATED: August 31, 2009    SALKOW LAW
2
3                               By: _____
                                    Richard Salkow
4                               Attorneys for Plaintiff(s), Michael Hernandez

5    DATED: Oct. 22, 2009       DLA PIPER LLP (US)
6
7                               By: ____/s/_____
                                    Matt Holian
8                               Attorneys for Defendants
9
10
11   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.
12
13   Dated: OCT 2 8 2009        _____
                                Hon. Charles R. Breyer
14                              United States District Court
```

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1